**Order entered March 12, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00477-CR

**KEITHION DYWANE DERRICK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-25060-P**

## ORDER

We **REINSTATE** this appeal.

On March 2, 2020, we abated for a hearing because appellant's brief was past due. The same day, appellate counsel April Smith filed a motion to withdraw. We **GRANT** the motion and **DIRECT** the Clerk to remove April Smith as appellant's counsel of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal. We **ORDER** the trial court to transmit a supplemental clerk's record

containing the order appointing new counsel to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Raquel Jones, Presiding Judge, 203rd Judicial District Court; to April Smith; and to the Dallas County District Attorney's Office.

We **ABATE** this appeal to allow the trial court to comply with this order. We will reinstate the appeal when we receive the order appointing new counsel.

/s/    LANA MYERS
JUSTICE